**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: June 15, 2016.**



_____
**TONY M. DAVIS
UNITED STATES BANKRUPTCY JUDGE**

_____

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 12-11258-tmd |
| Roger Nobles, | § | |
| | § | CHAPTER 13 |
| DEBTOR. | § | |

### ORDER

Came on to be heard the United States of America's motion to distribute funds held in the Court's registry, and the Court being fully advised of the facts of being of the opinion that the motion should be granted, it is hereby

ORDERED and DECREED that the motion is GRANTED and that the debtor's funds in the amount of $3,700.00, held in the Court's registry, be distributed to the Internal Revenue Service, 300 E. 8th Street, Stop 5026AUS, Austin, TX, 78701, attention Caren Collins.

# # #